FILED
2020 Nov-25  AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

|  |  |
|---|---|
| SELECT PORTFOLIO SERVICING, INC., ) | |
| ) | Case No. 6:20-cv-00373-GMD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| INTERNAL REVENUE SERVICE; ) | |
| JAYAKRISHNA GUNDAVELLI; and ) | |
| JENNIFER DAWN BURLESON ) | |
| BATCHELOR, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### Report of Parties' Planning Meeting

1.     Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on November 12, 2020, and was attended by Gilbert C. Steindorff IV for the Plaintiff, Albert Boykin for Jayakrishna Gundavelli, and Genesis Martinez for the Unites States of America.

2.     <u>Pre-Discovery Disclosures</u>. The parties have exchanged the information required by Local Rule 26.1(a)(1).

3.     <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the extent, validity, and priority of federal tax liens and residential real estate mortgages.This is a lien priority case involving a federal tax lien and residential real estate mortgages.  This is a case of normal complexity.  The parties do not believe discovery should be limited, except as provided by the Federal Rules of Civil Procedure.

All discovery commenced in time to be completed by May 12, 2021.

Limitations on the number of interrogatories by each party to any other party and the deadline for answers to be served shall be governed by Rule 33(a)(1), Fed. R. Civ. P, which at present provides for a maximum of twenty-five (25) interrogatories by each party to any other party and a response deadline of thirty (30) days.

Limitations on the number and duration of depositions shall be governed by Rule 30, Fed. R. Civ. P., which at present provides for a maximum of ten (10) depositions taken by plaintiff or defendants, with each deposition limited to one (1) day of seven (7) hours.

Reports from retained experts under Rule 26(a)(2) due:

> from plaintiff by March 1, 2021;
> from defendant(s) by April 1, 2021.

Supplementations under Rule 26(e) due March 1, 2021 or promptly upon discovery of the need to supplement, whichever is earlier.

4.    <u>Other Items</u>.

The parties do not request a conference with the court before entry of the scheduling order.

The parties will produce electronically stored information ("ESI") in a manner that is useful to humans, efficient, and preserves authenticity.  The parties agree that, unless expressly requested otherwise, ESI may be produced in Adobe Acrobat (.PDF) format for convenience; however, the parties agree in good faith to consider specific requests for production in native format to the extent information that could be relevant to any claim or defense could only be discovered in native format. IRS account transcripts cannot be produced in native format, but will be produced in .PDF format.

All documents are to be produced electronically and with Bates numbering. In regard to requests for production, each request is to be answered by producing all responsive documents in their native format, as well as a written response that identifies such documents by Bates number and includes any objections. All responsive documents should be produced electronically by email, secure file-sharing service, or via overnight mail (in paper or scanned, on a thumb drive or disc).

Plaintiff should be allowed until January 12, 2021, to join additional parties and until January 12, 2021 to amend the pleadings.

All potentially dispositive motions should be filed by July 12, 2021.

Settlement cannot be realistically evaluated prior to the close of discovery, although the parties will work together diligently throughout the litigation to work toward settlement to the extent possible and appropriate.

The parties request a final pretrial conference in September 2021.

Final lists of trial evidence under Rule 26(a)(3) should be due:

from plaintiff: witnesses by twenty-one (21) days prior to trial; exhibits by eighteen (18) days prior to trial

from defendant(s): witnesses by eighteen (18) days prior to trial; exhibits by fifteen (15) days prior to trial

Parties should have five (5) days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by November, 2021, and at this time is expected to take approximately one (1) day.

Dated: November 25, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: */s/ Genesis Martinez*
GENESIS MARTINEZ
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street NW, Room 6240
Washington, D.C.  20001
Telephone: (202) 514-5915
Fax: (202) 514-9868
Genesis.Martinez@usdoj.gov

Of Counsel:

JAY E. TOWN
United States Attorney
Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

Richard O'Neal
Assistant United States Attorney
Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203
Telephone: (205) 224-2120
Richard.O'Neal@usdoj.gov

/s/ Gilbert C. Steindorff IV
Attorney for Plaintiff Select Portfolio Servicing

OF COUNSEL:
Gilbert C. Steindorff IV
Amelia K. Steindorff
REYNOLDS, REYNOLDS & LITTLE, LLC
2100 Southbridge Parkway
Suite 228
Birmingham, AL 35209
Tel. 205-407-5203
asteindorff@rrllaw.com
gcsiv@rrllaw.com

/s/Jesse P. Evans III
Jesse P. Evans III
Albert C. Boykin III
Attorneys for Defendant
Jayakrisha Gundavelli

EVANS & EVANS LAWYERS, LLC
2001 Park Place, Suite 540
Birmingham, Alabama 35203
Tel: 205.545.8085
je@eefirm.com
bb@eefirm.com

/s/Kenneth Lay
Kenneth Lay
Attorney for Defendant Jennifer
Dawn Burleson

Hood & Lay, LLC
1117 South 22nd Street
Birmingham, AL 35205
Tel: 205-323-4123
Kenneth.J.Lay@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 25, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

*/s/ Genesis Martinez*
Genesis Martinez
Trial Attorney
United States Department of Justice, Tax Division