# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| **SELECT PORTFOLIO SERVICING, INC.,** | § § § | |
| Plaintiff, | § § | Case No. |
| v. | § § | 6:20-CV-00373-LSC |
| **UNITED STATES OF AMERICA, JAYAKRISHNA GUNDAVELLI, and JENNIFER DAWN BURLESON BATCHELOR,** | § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION TO DISMISS
## (WITH CONSENT OF TWO DEFENDANTS)

COMES NOW Plaintiff Select Portfolio Servicing, Inc. ("SPS"), by and through counsel, and moves the Court to enter a dismissal of this action pursuant to Rule 41(a)(2). **This motion is filed with consent of Defendants United States, on behalf of the Internal Revenue Service ("IRS"), and Jayakrishna Gundavelli.** Counsel for SPS and the United States have contacted counsel for Defendant Jennifer Batchelor on multiple occasions to obtain consent but have not received any response. As further grounds therefor, SPS states as follows:

1. The transaction that forms the basis of this action is an IRS tax lien affecting property situated in Winston County, Alabama in which SPS holds a security interest; to-wit: that property more specifically identified in

the Second Amended Complaint and commonly referred to as 100 Smith Drive, Haleyville, Alabama (the "Property"). Defendants Gundavelli and Batchelor were named as necessary party defendants because they either presently possess an interest in the Property or possessed an interest in the Property at the time SPS' security interest was created and the IRS tax lien was recorded.

2.   SPS and the United States have reached a settlement that resolves all matters at issue in this action. Specifically, SPS has paid to the United States an agreed-upon sum to discharge the IRS lien upon the Property only.

3.   The terms of the settlement between SPS and the United States **does not affect any legal or property right of Defendant Gundavelli**, except to the extent that his ownership interest in the Property will no longer be encumbered by the IRS tax lien.

4.   The terms of the settlement between SPS and the United States **does not affect and legal or property right of Defendant Batchelor**, except to the extent her unpaid tax liability may be possibly reduced by some amount as a result of the payment to the United States by SPS to obtain a release of the tax lien upon the Property[1]. Any rights the IRS might possess

---

[1] Any possible reduction in Defendant Batchelor's tax liability resulting from the settlement between SPS and the United States is strictly a matter between the IRS and Defendant Batchelor.

as to any real or personal property of Defendant Batchelor for her unpaid tax liability remains unaffected by the terms of this settlement.

5. The United States and Defendant Gundavelli have consented to the dismissal of this action. Both SPS and the United States have attempted on multiple occasions to obtain the consent of Defendant Batchelor's attorney but have not received any response.

6. Plaintiff no longer desires to prosecute this action now that the central dispute has been resolved.

7. There have been no counterclaims asserted in this action.

WHEREFORE, the above premises considered, SPS requests that an order of dismissal be entered, with prejudice, costs taxed as paid.

/s/ Amelia K. Steindorff
Amelia K. Steindorff

/s/ Gilbert C. Steindorff IV
Gilbert C. Steindorff IV

Attorneys for Plaintiff
Select Portfolio Servicing, Inc.

---

SPS makes no representation whatsoever, nor possesses authority to make any representation, as to whether the unpaid tax liability will be reduced at all or, if so, to what extent.

OF COUNSEL:
REYNOLDS, REYNOLDS & LITTLE, LLC
2100 Southbridge Parkway, Suite 228
Birmingham, AL 35209
Tel. 205-407-5202
asteindorff@rrllaw.com
gcsiv@rrllaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of August, 2021, I caused a true and correct copy of this Amended Complaint upon all parties by filing same with the CM/ECF system, which will deliver automatic notice of the filing to all parties through their counsel of record.

/s/ Gilbert C. Steindorff IV
OF COUNSEL

4